**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA,
ATLANTA DIVISION**

IN RE APPLICATION FOR
DISCOVERY PURSUANT TO 28
U.S.C. § 1782, *filed by*

WATER STREET CAPITAL, INC.,

      Applicant.

CIVIL ACTION NO.
1:25-mi-00043-TWT-RDC

**STIPULATION AND (PROPOSED) ORDER REGARDING
HOLDING APPLICATION IN ABEYANCE**

WHEREAS, on June 30, 2025, Applicant Water Street Capital, Inc. ("Applicant") filed an *ex parte* application for discovery pursuant to 28 U.S.C. § 1782 (the "Application") in the above-captioned action;

WHEREAS, on July 2, 2025, the Court issued an Order granting the Application and providing Applicant leave to serve the subpoenas attached as Exhibits 1-5 to the Declaration of Reed Brodsky (Doc. Nos. 4-1, 4-2, 4-3, 4-4, and 4-5) on Bongsoo Kim, Eun Sik Kim, Hyunkwang Cho, Hanwha Q Cells USA, Inc. and Hanwha Q Cells Georgia, Inc. (collectively, "Respondents").

WHEREAS, on July 3, 2025, Applicant served a subpoena on Respondent Hanwha Q Cells USA, Inc.

WHEREAS, to date, the other Respondents have not been served.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED:

1.     Respondents, with Applicant's consent, shall have 28 days from July 3, 2025, the date which Respondent Hanwha Q Cells USA, Inc. was served, to file any motion to quash the Subpoenas and/or to vacate the July 2, 2025 Order, until July 31, 2025.

2.     Applicant will then have 15 days to file a response, or until August 15, 2025.

3.     Respondents will thereafter have 7 days to file a reply, or until August 22, 2025.

4.     Applicant's enforcement of the Subpoenas will be held in abeyance until the Court rules on Respondents' motion to quash and/or to vacate.

5.     Respondents Bongsoo Kim, Eun Sik Kim, Hyunkwang Cho, Hanwha Q Cells USA, Inc. and Hanwha Q Cells Georgia, Inc. accept service of the Subpoenas authorized under the July 2, 2025 Order, subject to their reservation of rights and without waiving any arguments under 28 U.S.C. § 1782, the *Intel* factors, or relating to the Court's jurisdiction.

IT IS SO ORDERED.

DATED: _____          _____

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1

Pursuant to Local Rule 7.1(D), the undersigned certifies that the foregoing filing has been prepared in Times New Roman 14-point font in accordance with Local Rule 5.1.

Dated: July 14, 2025

/s/ Debra D. Bernstein

QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Debra D. Bernstein
Georgia Bar No. 054998
debrabernstein@quinnemanuel.com
Jesse Hevia
Georgia Bar No. 899208
jessehevia@quinnemanuel.com
1200 Abernathy Road, Suite 1500,
Building 600
Atlanta, Georgia 30328-5670
(404) 482-3502

Lucas Bento
(*pro hac vice* forthcoming)
lucasbento@quinnemanuel.com
295 5th Avenue, 9th Floor New York,
New York 10016
(212) 849-7000

Kristin T. Casey
(*pro hac vice* forthcoming)
kristincasey@quinnemanuel.com
1300 I Streen NW, Suite 900
Washington, D.C. 20005
(202) 538-8000

Gavin Frisch
(*pro hac vice* forthcoming)
gavinfrisch@quinnemanuel.com
111 Huntington Ave, Suite 520
Boston, MA 02199
(617) 712-7100

*Attorneys for Respondents*

/s/ Reed Brodsky

FELLOWS LaBRIOLA LLP
Steven M. Kushner
233 Peachtree Street NE
Suite 2400
Georgia Bar No. 430510
Atlanta, GA 30303
Telephone: 404.586.9200
Email: skushner@fellab.com

GIBSON, DUNN & CRUTCHER LLP
Reed Brodsky (admitted *pro hac vice*)
David Salant (admitted *pro hac vice*)
Vanessa Ajagu (admitted *pro hac vice*)
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.4000
Facsimile: 212.351.4035
Email: rbrodsky@gibsondunn.com
Email: dsalant@gibsondunn.com
Email: vajagu@gibsondunn.com

*Attorneys for Petitioner Water Street
Capital, Inc.*

4

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of July, 2025, the foregoing Stipulation and (Proposed) Order Regarding Holding Application in Abeyance was electronically filed using the Court's CM/ECF system, which will automatically send a notice of electronic filing to all counsel of record.

Dated: July 14, 2025

/s/ Debra D. Bernstein
Debra D. Bernstein