IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE APPLICATION FOR
DISCOVERY PURSUANT TO 28
U.S.C. § 1782, *filed by*

WATER STREET CAPITAL, INC.,

      Applicant.

CIVIL ACTION NO.
1:25-mi-00043-TWT-RDC

## **ORDER**

On June 30, 2025, Water Street Capital, Inc. ("Water Street") applied *ex parte* for this Court's assistance in obtaining discovery from five targets (the "Respondents") for use in a contemplated foreign proceeding, pursuant to 28 U.S.C. § 1782. (Doc. 1). On July 2, 2025, the undersigned granted the expedited request and approved Water Street's proposed subpoenas. (Doc. 13). Since that date, Water Street has served a subpoena on just one of the five Respondents, but the remaining four have agreed to accept service of their respective subpoenas. Together, Water Street and Respondents now stipulate to certain terms regarding subpoena enforcement and motions practice. (Doc. 15). The undersigned **ADOPTS** the parties' stipulated terms.

Accordingly, the undersigned **ORDERS** the following:

1. Respondents must file any motions to quash their respective subpoenas by **JULY 31, 2025**.

2. Water Street must respond to any such motions to quash within **15 DAYS** of service, and no later than **AUGUST 15, 2025**.

3. Respondents must file their replies within **7 DAYS** of service of Water Street's respective responses, and no later than **AUGUST 22, 2025**.

4. All motions and other filings must conform to the Federal Rules, Local Rules, and any other instructions entered in this matter. Meanwhile, this proceeding is temporarily **STAYED**, and enforcement of the subpoenas is held in **ABEYANCE** pending the Court's ruling on Respondents' motions or further instruction.

IT IS SO **ORDERED** on this 15th day of July 2025.

REGINA D. CANNON
United States Magistrate Judge

2