**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA,
ATLANTA DIVISION**

|  |  |
|---|---|
| IN RE APPLICATION FOR DISCOVERY PURSUANT TO 28 U.S.C. § 1782, *filed by* | CIVIL ACTION NO. 1:25-mi-00043-TWT-RDC |
| WATER STREET CAPITAL, INC., | |
| Applicant. | |

**RESPONDENTS' MOTION TO VACATE THE COURT'S *EX PARTE*
ORDER AND TO QUASH THE SUBPOENAS FOR THE PRODUCTION
OF DOCUMENTS AND TESTIMONY FOR USE IN A FOREIGN
PROCEEDING**

Pursuant to Local Rule 7.1 and Federal Rule of Civil Procedure 45, Bongsoo Kim, Eun Sik Kim, Hyunkwang Cho, Hanwha Q Cells USA, Inc. and Hanwha Q Cells Georgia, Inc. (collectively, "Respondents") respectfully move this Court to vacate its July 2, 2025 *Ex Parte* Order ("Order") (ECF No. 13) and to quash the subpoenas served on Respondents by Water Street Capital, Inc. ("WSC"). In the alternative, Respondents request that this Court (1) issue a protective order that limits WSC's use of any discovery obtained from Respondents to the contemplated Norwegian proceeding and includes a prosecution bar to protect Respondents, and (2) grant Respondents reciprocal discovery from WSC.

Respondents respectfully request that this Court grant this Motion on the grounds that: (1) WSC's *Ex Parte* Application for an Order Permitting Discovery Pursuant to 28 U.S.C. § 1782 (ECF No. 1) does not satisfy the statutory requirements of § 1782 because WSC seeks evidence that is not "for use" in a foreign proceeding; and (2) the discretionary *Intel* factors weigh heavily against permitting the requested discovery. This Motion is supported by the accompanying memorandum of law, and supporting factual declarations of Lucas Bento, Seung Hwan Hong, and Magnus N. Snellingen, which are incorporated herein by reference.

WHEREFORE, Respondents respectfully request that the Court grant this Motion and such other relief as the Court deems proper.

Dated: July 31, 2025

 /s/ Debra D. Bernstein
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Debra D. Bernstein
Georgia Bar No. 054998
debrabernstein@quinnemanuel.com
Jesse Hevia
Georgia Bar No. 899208
jessehevia@quinnemanuel.com 1200
Abernathy Road, Suite 1500,
Building 600
Atlanta, Georgia 30328-5670
(404) 482-3502

Lucas V.M. Bento
(*pro hac vice*)
lucasbento@quinnemanuel.com
295 5th Avenue, 9th Floor New
York, New York 10016
(212) 849-7000

Kristin T. Casey
(*pro hac vice*)
kristincasey@quinnemanuel.com
1300 I Street NW, Suite 900
Washington, D.C. 20005
(202) 538-8000

Gavin S. Frisch
(*pro hac vice*)
gavinfrisch@quinnemanuel.com 111
Huntington Ave, Suite 520 Boston,
MA 02199
(617) 712-7100

*Attorneys for Respondents*

3

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1

Pursuant to Local Rule 7.1(D), the undersigned certifies that the foregoing filing has been prepared in Times New Roman 14-point font in accordance with Local Rule 5.1.

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of July, 2025, the foregoing Motion to Vacate the Court's *Ex Parte* Order and to Quash the Subpoenas for the Production of Documents and Testimony for Use in a Foreign Proceeding was electronically filed using the Court's CM/ECF system, which will automatically send a notice of electronic filing to all counsel of record.

Dated: July 31, 2025

            /s/ Debra D. Bernstein