**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

IN RE APPLICATION FOR
DISCOVERY PURSUANT TO 28
U.S.C. § 1782, *filed by*

WATER STREET CAPITAL, INC.,

    Applicant.

CIVIL ACTION NO.
1:25-cv-04695-TWT-RDC

**STIPULATION AND (PROPOSED) ORDER FOR EXTENSION OF TIME
TO FILE PROPOSED PROTECTIVE ORDER AND JOINT STATEMENT
REGARDING DISCOVERY**

WHEREAS, on December 8, 2025, this Court ordered the parties to, no later than December 15, 2025, "meet and confer in person or by teleconference to negotiate (1) the scope of Water Street's discovery requests, and (2) a mutually agreeable protective order" and, no later than December 19, 2025 "submit (i) a proposed protective order for the Court's approval, and (ii) a joint statement that establishes a schedule for document production and depositions, and that identifies any unresolved discovery issues." ECF No. 32 at 23.

WHEREAS, pursuant to the Court's Order, the Parties held a teleconference meet and confer on December 15, 2025.

1

WHEREAS, the Parties now respectfully request an extension of time to submit a proposed protective order and joint statement to the Court, so that the parties can attempt to resolve their disputes.

WHEREAS, this request to modify the Court's Order and for an extension of time to comply with the Court's Order is not intended for delay or any other improper purpose.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED:

1. No later than **JANUARY 9, 2026**, the Parties will submit: (i) a proposed protective order for the Court's approval, and (ii) a joint statement that establishes a schedule for document production and depositions, and that identifies any unresolved discovery issues. If unresolved issues remain, the joint statement must specifically identify the disputed discovery issue(s) along with the parties' respective arguments, and the joint statement must not exceed four double-spaces pages per issue (for example, if there are three discrete issues, the joint statement must not exceed twelve pages).

IT IS SO ORDERED.

DATED: _____          _____

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1

Pursuant to Local Rule 7.1(D), the undersigned certifies that the foregoing filing has been prepared in Times New Roman 14-point font in accordance with Local Rule 5.1.

Dated:  December 18, 2025

/s/ *Debra D. Bernstein*
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Debra D. Bernstein
Georgia Bar No. 054998
debrabernstein@quinnemanuel.com
1200 Abernathy Road, Suite 1500,
Building 600
Atlanta, Georgia 30328-5670
(404) 482-3502

Lucas Bento
Admitted *pro hac vice*
lucasbento@quinnemanuel.com
295 5th Avenue, 9th Floor New York,
New York 10016
(212) 849-7000

Kristin T. Casey
Admitted *pro hac vice*
kristincasey@quinnemanuel.com
1300 I Street NW, Suite 900
Washington, D.C. 20005
(202) 538-8000

Gavin Frisch
Admitted *pro hac vice*
gavinfrisch@quinnemanuel.com
111 Huntington Ave, Suite 520
Boston, MA 02199
(617) 712-7100

*Attorneys for Respondents*

/s/ *Reed Brodsky*
*FELLOWS LaBRIOLA LLP*
Steven M. Kushner
233 Peachtree Street NE
Suite 2400
Georgia Bar No. 430510
Atlanta, GA 30303
Telephone: 404.586.9200
Email: skushner@fellab.com

*GIBSON, DUNN & CRUTCHER LLP*
Reed Brodsky (admitted *pro hac vice*)
David Salant (admitted *pro hac vice*)
Vanessa Ajagu (admitted *pro hac vice*)
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.4000
Facsimile: 212.351.4035
Email: rbrodsky@gibsondunn.com
Email: dsalant@gibsondunn.com
Email: vajagu@gibsondunn.com

*Attorneys for Petitioner Water Street
Capital, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of December, 2025 the foregoing Stipulation and (Proposed) Order for Extension of Time to File Proposed Protective Order and Joint Statement Regarding Discovery was electronically filed using the Court's CM/ECF system, which will automatically send a notice of electronic filing to all counsel of record.

Dated: December 18, 2025

/s/ *Debra D. Bernstein*
Debra D. Bernstein