IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE APPLICATION FOR
DISCOVERY PURSUANT TO 28
U.S.C. § 1782, *filed by*

WATER STREET CAPITAL, INC.,

    Applicant.

CIVIL ACTION NO.
1:25-cv-04695-TWT-RDC

## **ORDER**

The parties have jointly moved for an extension of time to comply with the Court's December 8, 2025 order. (Doc. 33). The motion is **GRANTED**. No later than **JANUARY 9, 2026**, the parties must submit: (i) a proposed protective order for the Court's approval, and (ii) a joint statement that establishes a schedule for document production and depositions, and that identifies any unresolved discovery issues. If unresolved issues remain, the joint statement must specifically identify the disputed discovery issue(s) along with the parties' respective arguments, and the joint statement must not exceed four double-spaced pages per issue (for example, if there are three discrete issues, the joint statement must not exceed twelve pages).

IT IS SO **ORDERED** on this 19th day of December 2025.

_____
REGINA D. CANNON
United States Magistrate Judge